| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Nowak, Christine A. | 2. Court or Organization<br><br>United States District Court, Eastern District of Texas | 3. Date of Report<br><br>10/09/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-Time United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>10/01/2015 |
| 7. Chambers or Office Address<br><br>United States Courthouse Annex<br>200 North Travis Street<br>Sherman, TX 75090 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Participating Member | Dykema Cox Smith, PLLC (former law firm) |
| 2. | Board Member at Large | Dallas Women Lawyers Association (non-profit) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | KL Gates 401K Savings and Retirement Plan (former law firm, no control) |
| 2. | 2010 | Dykema Cox Smith 401K Savings and Investment Plan (former law firm, no control -rollover to TSP requested and made in August 2015; account no longer exists) |
| 3. | 06/19/2015 | Departure Agreement with Dykema Cox Smith (agreement with former law firm re: return of capital and withdrawal of participation in payments/benefits) |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowak, Christine A. | 10/09/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Dykema Cox Smith - Salary | $244,718.00 |
| 2. 2014 | Dykema Cox Smith - Salary | $245,674.00 |
| 3. 2015 | Dykema Cox Smith - Salary | $132,725.45 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Henley & Henley- Salary |
| 2. 2015 | Henley & Henley - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowak, Christine A. | 10/09/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ACS | Student Loan | K |
| 2. | AES | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowak, Christine A. | 10/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Account | A | Interest | K | T | | | | | |
| 2. USAA CD | A | Interest | J | T | | | | | |
| 3. Texas Tuition Promise Fund | A | None | K | T | | | | | |
| 4. Dallas County Pension Plan (not self directed) | A | Dividend | K | T | | | | | |
| 5. KL Gates 401K Savings & Investment Plan | | | | | | | | | |
| 6. - Hancock Horizon Diversified Int'l | A | Dividend | J | T | | | | | |
| 7. - Nuveen Real Estate I | A | Dividend | J | T | | | | | |
| 8. - Vanguard Growth Index Institution | A | Dividend | M | T | | | | | |
| 9. Dykema 401K Savings & Investment Plan | | | | | | | | | |
| 10. - Fidelity Blue Chip Growth K | A | Dividend | | | | | | | |
| 11. - Fidelity Capital & Income | A | Dividend | | | | | | | |
| 12. - Fidelity ContraFund K | A | Dividend | | | | | | | |
| 13. - Fidelity Low Priced Stock K | A | Dividend | | | | | | | |
| 14. - TRowe Price Retirement 2040 | A | Dividend | | | | | | | |
| 15. Dallas County 457(b) | | | | | | | | | |
| 16. - American Century Growth Fund | A | Dividend | K | T | | | | | |
| 17. - Neuberger Berman Equity Trust- Genesis Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowak, Christine A. | 10/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pimco Total Return Fund | A | Dividend | J | T | | | | | |
| 19. - TRowe Price Growth Stock | A | Dividend | J | T | | | | | |
| 20. - Wells Fargo Advantage | A | Dividend | K | T | | | | | |
| 21. - Discovery Fund Admin. Class | A | Dividend | J | T | | | | | |
| 22. Henley & Henley 401K Savings & Investment Plan | A | | | | | | | | |
| 23. - Voya Small Cap Index Equity Fund | A | Dividend | J | T | | | | | |
| 24. USAA IRA | | | | | | | | | |
| 25. - V.F. Corp. | A | Dividend | J | T | | | | | |
| 26. - Proctor & Gamble Company | A | Dividend | J | T | | | | | |
| 27. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 28. - Ford Motor Co. | A | Dividend | J | T | | | | | |
| 29. - Fluor Corp New | A | Dividend | J | T | | | | | |
| 30. - Estee Lauder Companies | A | Dividend | J | T | | | | | |
| 31. - Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 32. - Big Lots Inc. | A | Dividend | J | T | | | | | |
| 33. - Baxter Int'l | A | Dividend | J | T | | | | | |
| 34. - Abbvie Inc. Com | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nowak, Christine A. | 10/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Abbott Laboratories | A | Dividend | J | T | | | | | |
| 36. USAA IRA | | | | | | | | | |
| 37. - VISA Inc. CL A | A | Dividend | J | T | | | | | |
| 38. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 39. - MGM Mirage Inc. | A | Dividend | J | T | | | | | |
| 40. - Intel Corporation | A | Dividend | J | T | | | | | |
| 41. - Ford Motor Co. | A | Dividend | J | T | | | | | |
| 42. - Fitbit Inc. CL A | A | Dividend | J | T | | | | | |
| 43. - Columbia Thermostat A | A | Dividend | J | T | | | | | |
| 44. - Bank America Corp. Com | A | Dividend | J | T | | | | | |
| 45. Knights of Columbus Whole Life Insurance Policy | A | Int./Div. | K | T | | | | | |
| 46. Knights of Columbus Whole Life Insurance Policy | A | Int./Div. | K | T | | | | | |
| 47. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christine A. Nowak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544